### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,                          ORDER

        v.                                Case No. 13-cr-102-bbc

SUSAN SCHEPP,

        Defendant.

---

The defendant in the above-entitled case has been:

___X___     convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

                The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

_____     convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

_____     acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____     Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this __7__ day of August, 2015.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge